```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SHARIF KING,                                                       :
:
               Plaintiff,                          :
:      22-cv-2479 (LJL)
    -v-                                                           :
:      <u>ORDER</u>
SHAROD KING,                                                       :
:
               Defendant.                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Although Plaintiff initiated this case in March 2022, Defendant has not yet been served and the case has remained in its infancy.  Indeed, Plaintiff has not filed anything since July 2022.  Plaintiff is therefore notified that the Court will dismiss this case for failure to prosecute unless Plaintiff files a letter on or before September 29, 2024, explaining why the Court should permit his case to proceed.

      SO ORDERED.

Dated: July 1, 2024
       New York, New York
                                                    LEWIS J. LIMAN
                                        United States District Judge